United States Bankruptcy Court
Southern District of Indiana

In re:  Case No. 24-02737-JMC
April Renee Jackson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-1 | User: admin | Page 1 of 2
Date Rcvd: May 30, 2024 | Form ID: b309i | Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Renee Jackson, 113 W 2nd Street, Connersville, IN 47331-1955 |
| 16927581 | + | Johnie & Debra Friend, 5072 W Allentown Road, Connersville, IN 47331-8646 |
| 16927587 | | US Department of Treasury, Attn: Bankruptcy, 3201 Pennsylvania Drive, Building E, Landover, MD 20785 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ngooden@redmanludwig.com | May 30 2024 21:22:00 | Nathan William Gooden, Saeed & Little, LLP, 8777 Purdue Road, Ste #106, Indianapolis, IN 46268 |
| tr | + | Email/Text: anndelaney341@trustee13.com | May 30 2024 21:22:00 | Ann M. DeLaney, Office of Ann M. Delaney, PO Box 441285, Indianapolis, IN 46244-1285 |
| ust | + | Email/Text: ustpregion10.in.ecf@usdoj.gov | May 30 2024 21:22:00 | U.S. Trustee, Office of U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204-1907 |
| 16927571 | + | Email/Text: bankruptcy@1stoploans.com | May 30 2024 21:22:00 | 1 Stop Money Centers LLC, 1501 N 16th Street, Phoenix, AZ 85006-3008 |
| 16927572 | + | EDI: CAPITALONE.COM | May 31 2024 01:20:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16927573 | + | EDI: WFNNB.COM | May 31 2024 01:20:00 | Comenity/Sally, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16927574 | + | EDI: CACINC.COM | May 31 2024 01:20:00 | Consumer Adjustment Co, 12855 Tesson Ferry Road, St Louis, MO 63128-2911 |
| 16927574 | + | Email/Text: EDI@CACIONLINE.NET | May 30 2024 21:22:00 | Consumer Adjustment Co, 12855 Tesson Ferry Road, St Louis, MO 63128-2911 |
| 16927575 | + | EDI: PHINGENESIS | May 31 2024 01:20:00 | Destiny Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 16927576 | | Email/Text: lynn.colombo@duke-energy.com | May 30 2024 21:22:00 | Duke Energy, Attn: Bankruptcy, PO Box 1326, Charlotte, NC 28201-1326 |
| 16927569 | | Email/Text: bankruptcycourts@equifax.com | May 30 2024 21:22:00 | Equifax Information Services LLC, P.O. Box 105788, Atlanta, GA 30348-5788 |
| 16927568 | ^ | MEBN | May 30 2024 21:20:26 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 16927577 | + | Email/Text: tburton@fcnbank.com | May 30 2024 21:22:00 | FCN Bank, 105 W 3rd Street, Connersville, IN 47331-1918 |
| 16927578 | + | EDI: AMINFOFP.COM | May 31 2024 01:20:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 16927579 | + | EDI: PHINGENESIS | May 31 2024 01:20:00 | Genesis FS Card Services, Attn: Bankruptcy, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 4477, Beaverton, OR 97076-4401 |
| 16927567 | | Email/Text: INDWDBankruptcy@dwd.IN.gov | May 30 2024 21:22:00 | Indiana Workforce Development, Benefit Payment Control, 10 North Senate Ave., Room SE 107, Indianapolis, IN 46204 |
| 16927563 | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | May 30 2024 21:23:00 | Indiana Department of Revenue, Bankruptcy Section --- MS108, 100 N. Senate Avenue, Rm N248, Indianapolis, IN 46204-2217 |
| 16927580 | + | Email/Text: sebmeier@indianafinance.net | May 30 2024 21:22:00 | Indiana Finance Co, Attn: Bankruptcy, PO Box 49, Anderson, IN 46015-0049 |
| 16927562 | | EDI: IRS.COM | May 31 2024 01:20:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16927582 | + | Email/Text: bankruptcy@moneylion.com | May 30 2024 21:22:00 | Money Lion, Inc, Attn: Bankruptcy Dept, PO Box 1547, Sandy, UT 84091-1547 |
| 16927566 | | Email/Text: INAGBankruptcy@atg.in.gov | May 30 2024 21:22:00 | Indiana Attorney General, Government Center, 302 West Washington Street, 5th Floor, Indianapolis, IN 46204 |
| 16927583 | + | Email/Text: opportunitynotices@gmail.com | May 30 2024 21:22:00 | OppLoans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago, IL 60601-6379 |
| 16927584 | ^ | MEBN | May 30 2024 21:20:14 | Prestige Financial Services, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 16927585 | + | EDI: CBS7AVE | May 31 2024 01:20:00 | Seventh Avenue/Swiss Colony Inc, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 16927570 | ^ | MEBN | May 30 2024 21:20:20 | TransUnion LLC, P.O. Box 2000, Chester, PA 19016-2000 |
| 16927586 | + | Email/Text: bankruptcydepartment@tsico.com | May 30 2024 21:22:00 | Transworld System Inc, PO Box 15283, Wilmington, DE 19850-5283 |
| 16927564 | + | Email/Text: USAINS.ECFBankruptcy@usdoj.gov | May 30 2024 21:22:00 | United States Attorney, 10 West Market Street, Suite 2100, Indianapolis, IN 46204-1986 |
| 16927565 | ^ | MEBN | May 30 2024 21:20:07 | United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024                    Signature:    /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor: | **April Renee Jackson**<br>Name | Social Security number or ITIN: xxx–xx–6508<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | | Date case filed in chapter 13: May 28, 2024 |
| Case number: 24–02737–JMC–13 | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case
10/2020

**For the debtor listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor, the debtor's property, or certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtor can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge of debt. Creditors who assert that the debtor is not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge within the deadlines specified in this notice. Creditors who want a debt excepted from discharge may be required to file a complaint by the same deadline. (See "Discharge of debts" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify the debtor on this case, the debtor must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | April Renee Jackson | |
| 2. | **Other names**<br>(used in last 8 years) | None | |
| 3. | **Address** | 113 W 2nd Street<br>Connersville, IN 47331 | |
| 4. | **Debtor's attorney**<br>Name and address | Nathan William Gooden<br>8777 Purdue Road<br>Ste #106<br>Indianapolis, IN 46268 | Contact info: 317–685–2426 or<br>ngooden@redmanludwig.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ann M. DeLaney<br>Office of Ann M. Delaney<br>PO Box 441285<br>Indianapolis, IN 46244 | Contact info: 317–829–7360 or<br>AnnDelaney341@Trustee13.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E Ohio St Rm 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:00 PM ET<br><br>Contact info: 317–229–3800 |
| 7. | **Meeting of creditors**<br>The debtor must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **June 26, 2024 at 01:00 PM Eastern**<br><br>**The debtor MUST provide picture identification and proof of social security number** to the trustee prior to the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. | Location:    zoom.us/j/5207766573<br>Meeting ID: 520 776 6573<br>Passcode:    1777546248<br>Phone:        463–259–7850<br><br>For additional information, visit justice.gov/ust/moc. |
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **August 26, 2024**<br>**You must file a motion by the deadline:**<br>• if you assert that the debtor is not entitled to a discharge under 11 U.S.C. § 1328(f). |
| | | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. Instructions for filing a proof of claim or obtaining a form can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | For governmental units only:<br>**November 25, 2024**<br><br>For all others:<br>**August 6, 2024** |
| | | **Objection to exemptions:**<br>The law permits the debtor to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| 9. | **Filing of plan** | The debtor has filed a plan. You will receive a separate notice with a copy of the plan. | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business unless the court orders otherwise. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of your debt. Unless the court orders otherwise, the discharge will not be effective until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee by the deadline. If you assert that the debtor is not entitled to a discharge under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |
| 13. | **Exempt property** | The law allows the debtor to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. The debtor must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |